UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of POLYGON GLOBAL PARTNERS LLP for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding,

Petitioner.

**ORDER**

21 Misc. 364 (ER)

RAMOS, D.J.:

On June 16, 2021 the Court approved the parties' stipulated protective order.  Doc. 35.  There has been no further activity in this case.  The parties are therefore directed to submit a joint status report by September 1st, 2021.

It is SO ORDERED.

Dated:  August 23, 2021
        New York, New York

_____
EDGARDO RAMOS, U.S.D.J.