UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of POLYGON GLOBAL PARTNERS LLP for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding,

                Petitioner.

**ORDER**

21 Misc. 364 (ER)

RAMOS, D.J.:

The briefing schedule for Polygon's motion is as follows:

| | |
|---|---|
| Opening brief: | October 8, 2021, by 11:59pm |
| Opposition brief: | October 14, 2021, by 12:00pm |
| Reply brief: | October 15, 2021, by 11:59pm |

It is SO ORDERED.

Dated:  October 8, 2021
         New York, New York

                                                          Edgardo Ramos, U.S.D.J.